JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, CA 94102
    Telephone: 415.436.7303
    Facsimile:  415.436.6748
    Email: david.countryman@usdoj.gov

Attorneys for United States of America

FILED
08 JUN 10 AM 10: 36
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> APPROXIMATELY $112,365 IN UNITED ) <br> STATES CURRENCY; ) <br> ) <br> Defendant. ) | No. C 08- 2777 SI <br><br> PUBLIC NOTICE OF FORFEITURE ACTION |

    A civil complaint seeking forfeiture pursuant to Title 21, United States Code, Section § 881(a)(6); Title 18, United States Code, Section 981(a)(1)(A); and Title 31, United States Code, Section 5317(c)(2) was filed on June 4, 2008 in the United States District Court for the Northern District of California by the United States of America, plaintiff, against the *in rem* defendant funds.

    In order to contest forfeiture of the *in rem* defendant funds, any person who asserts an interest in or right against the funds must file a verified statement identifying the interest or right within 35 days after the date of service of the complaint in accordance with Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims or within 30 days after the date of final publication of the Notice of Forfeiture Action, whichever is earlier.

1  Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule
2  12 of the Federal Rules of Civil Procedure within 20 days after filing the claim.
3  An agent, bailee or attorney must state the authority to file a statement of interest or right
4  against the property on behalf of another.
5  Statements of interest and answers should be filed with the Office of the Clerk, United
6  States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor,
7  San Francisco, California 94102, and copies should be served on David B. Countryman,
8  Assistant United States Attorney, 450 Golden Gate Avenue, 9th floor, San Francisco, California
9  94102.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: June 10, 2008

_____
DAVID B. COUNTRYMAN
Assistant United States Attorney