| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332) |
| 2 | United States Attorney |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | DAVID B. COUNTRYMAN (CSBN 226995) |
| 5 | Assistant United States Attorney |
| 6 | 450 Golden Gate Avenue, 9th Floor<br>San Francisco, CA 94102 |
| 7 | Telephone: 415.436.7303<br>Facsimile:  415.436.6748 |
| 8 | Email: david.countryman@usdoj.gov |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $112,365 IN UNITED STATES CURRENCY;<br><br>    Defendant. | No. C 08- 2777 SI<br><br>WARRANT OF ARREST OF PROPERTY IN REM |

TO: ANY DEPUTY UNITED STATES MARSHAL:

YOU ARE HEREBY COMMANDED to arrest and seize the defendant funds and maintain custody of same pursuant to 19 U.S.C. § 1605 until further Order of the Court.

Claimants of the above-described funds which is the subject of this action shall file their claims with the Clerk of the Court, Northern District of California, 450 Golden Gate Ave., 16th floor, San Francisco, California 94102 and serve a copy thereof upon the United States Attorney, Attention: David B. Countryman, Assistant United States Attorney, U.S. Attorney's Office, 450 Golden Gate Ave., 9th floor, San Francisco, California 94102, within thirty (35) days after date of publication of notice of arrest of said property and answers to the Complaint shall be filed and

1  served within twenty (20) days thereafter or within such additional time as may be allowed by the
2  Court.
3  Dated: 6.18.08

           RICHARD W. WEIKING
           United States District Clerk

           BRENDA TOLBERT

WARRANT OF ARREST OF PROPERTY IN REM
C 08- 2777 SI

2