| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332) |
| 2 | United States Attorney |
| 3 | BRIAN J. STRETCH (CSBN 163973) |
|   | Chief, Criminal Division |
| 4 | DAVID B. COUNTRYMAN (CSBN 226995) |
| 5 | Assistant United States Attorney |

450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102
Telephone: 415.436.7303
Facsimile:   415.436.6748
Email: david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. C 08-2777 SI |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| APPROXIMATELY $112,365 IN UNITED STATES CURRENCY; | ) | |
| Defendant. | ) | |

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

1. Complaint for Forfeiture;

2. Warrant of Arrest of Property In Rem;

3. Public Notice of Forfeiture Action;

4. Case Management Conference Order;

5. Notice of Availability Magistrate Judge;

6. United States District Court Information Sheet;

     7.     ECF Registration Information Handout; and

     8.     Booklet entitled "Dispute Resolution Procedures in the Northern District of California

to be served on this date by certified mail delivery upon the persons below at the place and address which is the last known address:

David M. Michael, Esq.  
Law Office of David M. Michael  
101 California Street, Suite 2450  
San Francisco, CA  94102

Edward C. Bell, Esq.  
1516 Oak Street, Suite 311-312  
Alameda, CA 94501-2947

Edward C. Bell, Esq.  
P.O. Box 8736  
Emeryville, CA 94608

Demitri Taylor  
156 Louvaine Avenue  
Oakland, CA 94603

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

     Executed this 27th day of June, 2008 at San Francisco, California.

                                         /S/  
                                       ALICIA CHIN  
                                       Paralegal/AFU