1  **DAVID M. MICHAEL, SBN 74031**
2  **LAW OFFICES OF DAVID M. MICHAEL**
   101 California Street, Suite 2450
3  San Francisco, CA 94111
   Telephone:  (415) 946-8996
4  Facsimile:  (877) 538-6220
   E-mail:     dmmp5@aol.com
5
6  **Attorney for Claimant**
   **DIMITRI TAYLOR**
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,

11                                              **No. CV 08 2777 SI**
                    Plaintiff,
12  v.

13                                              **VERIFIED CLAIM OF**
    APPROXIMATELY $112,365.00 IN UNITED         **DIMITRI TAYLOR**
14  STATES CURRENCY,                            **OPPOSING FORFEITURE**

15                  Defendant.
                                           /
16  DIMITRI TAYLOR,

17                  Claimant.
                                           /.
18

19

20         The undersigned hereby claims an ownership and/or a possessory interest in,
21
    and the right to exercise dominion and control over, all or part of the defendant property.
22
23  Dated: 18 July 2008

24
25                                              S/DIMITRI TAYLOR
                                                DIMITRI TAYLOR
26                                              Claimant
27
28
    VERIFIED CLAIM OF DIMITRI TAYLOR  OPPOSING FORFEITURE
    CASE NO. CV 08 2777 SI

**VERIFICATION**

The undersigned declares under penalty of perjury that he is a claimant in the above-entitled matter, that he has read the foregoing Claim, that he knows the contents thereof, and that the same is true of his own knowledge.

Dated: 18 July 2008

                                         S/DIMITRI TAYLOR
                                         DIMITRI TAYLOR
                                         Claimant

**ATTESTATION OF COUNSEL**

The undersigned hereby attests, under penalty of perjury, that concurrence in the filing of the within document has been obtained by the above signatory.

Dated: 18 July 2008

                                         DAVID M. MICHAEL
_____ DAVID M. MICHAEL
                                         Attorney for Claimant
                                         DIMITRI TAYLOR

# CERTIFICATE OF ELECTRONIC FILING

The undersigned hereby certifies that, on 18 July 2008, he caused to be electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

DAVID B. COUNTRYMAN (CSBN 226995)
Office of the U.S. Attorney
450 Golden Gate Avenue. 9TH Floor
San Francisco CA 94102
david.countryman@usdoj.gov

DAVID M. MICHAEL
DAVID M. MICHAEL
Attorney for Claimant
DIMITRI TAYLOR

VERIFIED CLAIM OF DIMITRI TAYLOR  OPPOSING FORFEITURE
CASE NO. CV 08 2777 SI

3