IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: SEPTEMBER 12, 2008 CASE **NOTICE**
MANAGEMENT CONFERENCES
_____/    Defendant.

To All Parties:

YOU ARE HEREBY NOTIFIED THAT due to the Court's unavailability, the cases listed below have been continued to WEDNESDAY, OCTOBER 1, 2008, AT 3:30 P.M. The joint case management conference statements shall be filed one week prior to the conference.

C-08-1237.e FATIMA GHAZI v. U.S. DEPT OF STATE
Initial Case Management Conference

----------

C-08-2575 CERAVISION v. LUXIM CORP
Initial Case Management Conference

----------

C-08-2777 USA v. APPROXIMATELY $112,365 IN U.S. CURRENCY
Initial Case Management Conference

Dated: August 15, 2008                    RICHARD W. WIEKING, Clerk

                                          _____
                                          Tracy Sutton
                                          Deputy Clerk

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28