UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> APPROXIMATELY $112,365.00 IN UNITED STATES CURRENCY, <br><br> Defendant. <br><br> DIMITRI TAYLOR, <br><br> Claimant. | Case No. CV 08 2777 SI <br><br> [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

The Court is in receipt of the parties Amended Joint Case Management Conference Statement in which the parties request a continuance of the Case Management Conference to a date after 31 October 2008, the date set for a hearing on Plaintiff's motion to strike Claimant's claim. Good cause appearing, the Case Management Conference, presently scheduled for 1 October 2008, is hereby CONTINUED to December 5, 2008 at 2:30 p.m. ~~3:30 p.m.~~ A Joint Case Management Statement shall be filed no later than November 28, 2008.

**IT IS SO ORDERED**

Dated: _____2008

_/s/ Susan Illston_
_____
HON. SUSAN ILLSTON
United States District Judge

-1-