JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, CA 94102
    Telephone: 415.436.7303
    Facsimile:  415.436.6748
    Email: david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>                Plaintiff, ) <br> ) <br>       v. ) <br> ) <br> APPROXIMATELY $112,365 IN UNITED ) <br> STATES CURRENCY; ) <br> ) <br>                Defendant. ) <br> _____) | No. 08- 2777 SI <br><br> JOINT CASE MANAGEMENT STATEMENT |

      Plaintiff United States of America and Claimant Dimitri Taylor respectfully submit this Joint Case Management Statement.

      **1. Jurisdiction and Service**

      This Court has jurisdiction pursuant to Title 28, United States Code, Sections 1345 and 1355 and Title 21, United States Code, Section 881(a)(6). It is believed that notice of this action has been served on all persons who may have an interest in the property, including Claimant, represented by the undersigned counsel. Claimant has filed his claim and answer in this action. To date, no other claims have been filed.

**2. Facts**

This is a forfeiture action. On or about June 25, 2007, Claimant was convicted of felony possession of marijuana for sale. Taylor was sentenced to five years probation. On December 13, 2007, officers with the Oakland Police Department and Alameda County Probation Department executed a probation search at Claimant's listed probation address, 156 Louvaine Avenue, Oakland. During a search of the house, officers discovered the defendant $112,365, a box of .40 caliber ammunition, and two pounds of marijuana. A warrant was issued for Claimant's arrest, Claimant was apprehended on October 7, 2008, and criminal proceedings were initiated.

It is the understanding of the parties that Claimant entered into a plea agreement on January 22, 2008. As a part of that agreement, Claimant consented to the forfeiture of the defendant $112,365.

**3. Principal Factual and Legal Issues**

Pending review of the terms of the plea agreement, the parties believe that there are no issues in dispute at this time.

**4. Settlement**

Pending review of the terms of the plea agreement, the parties anticipate entering into a stipulation for the forfeiture of the defendant $112,365 and the dismissal of this case.

**5. Other Matters**

The parties suggest that the case management conference scheduled for January 30, 2009, be taken off calendar pending the final settlement of this matter.

Dated: January 23, 2009

/s/
DAVID M. MICHAEL
Attorney for Claimant
Demitri Taylor

Dated: January 23, 2009

/s/
DAVID B. COUNTRYMAN
Assistant United States Attorney

IT IS SO ORDERED
/s/ Susan Illston
Judge Susan Illston

JOINT CASE MANAGEMENT STATEMENT
No. 08-2777 SI

2

The Case Management Conference is continued to 2/13/09 @ 3:00 p.m.