JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.7303
    Facsimile: 415.436.7234
    Email: david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> APPROXIMATELY $112,365 IN UNITED STATES CURRENCY; <br>     Defendant. | No. 08-2777 SI <br><br> SETTLEMENT AGREEMENT |

The parties stipulate and agree as follows:

1. Plaintiff is the United States of America ("United States"). Defendant is approximately $112,365 in United States Currency (the "defendant property"). After proper notification and publication was given, the only person who filed a timely Claim in this action is claimant, Demitri Taylor. As a result, only claimant Taylor has a right to defend defendant property. The United States and claimant Taylor are hereafter referred to as the "parties" in this document which is hereinafter referred to as the "Settlement Agreement" or "Agreement."

2. After full and open discussion, the parties agree to resolve any and all claims against defendant property, as well as against any and all past and present officials, employees and agents of the United States, including those at the United States Department of Justice, arising out of the facts alleged in the Complaint for Forfeiture filed on or about May 28, 2008.

3. The parties agree that the resolution of the lawsuit is based solely on the terms stated in this Settlement Agreement. It is expressly understood that this Agreement has been freely and voluntarily entered into by the parties. The parties further agree that there are no express or implied terms or conditions of settlement, whether oral or written, other than those set forth in this Agreement. This Agreement shall not be modified or supplemented except in writing signed by the parties. The parties have entered into this Agreement in lieu of continued protracted litigation and District Court adjudication.

4. The parties further agree that this Settlement Agreement does not constitute precedent on any legal issue for any purpose whatsoever, including all administrative proceedings and any lawsuits.

5. This settlement is a compromise over disputed issues and does not constitute any admission of wrongdoing or liability by any party.

6. The parties agree that claimant Taylor does release and discharge the United States, as well as any past and present officials, employees, agents, attorneys, their successors and assigns, from any and all obligations, damages, liabilities and demands of any kind and nature whatsoever, whether suspected or unsuspected, at law or in equity, known or unknown, arising out of the facts alleged in plaintiff's Complaint for Forfeiture.

7. Claimant Taylor does not contest that the United States has sufficient evidence to support the forfeiture of defendant property under 21 U.S.C. § 881(a)(7), as alleged in the Complaint for Forfeiture. In order to resolve this case without the expense of further litigation, the parties have agreed that defendant property shall be forfeited to the United States.

8. The United States and Claimant agree that each party shall pay its own attorneys' fees and costs.

9. Based on the foregoing Settlement Agreement between the United States,

SETTLEMENT AGREEMENT
No. 08-2777 SI                                       2

claimant Taylor, the Parties agree that, subject to the Court's approval, this action be and hereby is DISMISSED and that the proposed JUDGMENT OF FORFEITURE which is submitted with this Settlement Agreement be entered.

IT IS SO STIPULATED:

Dated: __March__, 2009

Dated: __25 February 2009__, 2009

Dated: __Feb.__, 2009

JOSEPH P. RUSSONIELLO
United States Attorney

_____
DAVID COUNTRYMAN
Assistant United States Attorney

_____
DAVID M. MICHAEL
Attorney for Claimant Demitri Taylor

_____
DEMITRI TAYLOR
Claimant

BASED ON THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS _____ DAY OF _____, 2009.

_____
HONORABLE SUSAN ILLSTON
United States District Judge

SETTLEMENT AGREEMENT
No. 08-2777 SI                                   3