JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, CA 94102
   Telephone: 415.436.7303
   Facsimile: 415.436.7234
   Email: david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> APPROXIMATELY $112,365 IN UNITED ) <br> STATES CURRENCY; ) <br> ) <br> Defendant. ) <br> _____ ) | No. 08-2777 SI <br><br> JUDGMENT OF FORFEITURE |

     UPON CONSIDERATION of the Settlement Agreement, the entire record, and for good cause shown, it is by the Court on this \_6th\_ day of \_March\_, 2009,

     ORDERED, ADJUDGED AND DECREED that defendant $112,365 be, and hereby is, FORFEITED to the United States for disposition by the Attorney General in accordance with law; and it is FURTHER ORDERED that the instant case be, and hereby is, DISMISSED.

                                                      _____
                                                      HONORABLE SUSAN ILLSTON
                                                      United States District Judge